IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.  TDC-20-317 |
| | * | |
| VALI UNGURU, | * | UNDER SEAL |
| | * | |
| Defendant | * | |
| | * | |
| **** | | |

## GOVERNMENT'S MOTION TO UNSEAL AS TO VALI UNGURU

Comes now the United States of America, by and through its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Elizabeth Wright, Assistant United States Attorney for said District, and hereby moves this Honorable Court for an Order unsealing the Indictment submitted in connection with the above-referenced defendant. **VALI UNGURU** was asked to self-surrender and has appeared before this Court, and as such it is no longer necessary to seal the Indictment as to this defendant. However, remaining defendants in this case have not yet been apprehended. As such, the government submits that the Indictment should remain sealed as to the remaining defendants, except as otherwise ordered by the Court.

WHEREFORE, the government respectfully requests that the Indictment, and any other documents filed in this case, be unsealed as to **VALI UNGURU** only.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Elizabeth Wright
Assistant United States Attorney

It is so ORDERED, this  14th  day of October, 2020.

_____
The Honorable Gina L. Simms
United States Magistrate Judge